**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 11-20551

VERNON MASON IV, et al.,

    Defendants.

_____/

**ORDER REGARDING EVIDENTIARY HEARING ON DEFENDANT
BRANDON JOHNSON'S MOTION TO SUPPRESS EVIDENCE**

On December 30, 2011, Defendant Brandon Johnson filed a "Motion to Suppress Evidence and Request for Evidentiary Hearing."[1] After being granted numerous extensions by the court and Defendants' counsel, the Government filed a response on March 8, 2012. An evidentiary hearing is scheduled for **April 5, 2012 at 9:30 a.m.,** and the parties should be prepared to present any witnesses they deem necessary to adjudication of the motion at that time. Because Defendant's motion was pending for over two months before the Government filed its response, barring only the most exceptional and unforeseen circumstances, the court will not reschedule or adjourn the evidentiary hearing.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 12, 2012

---

[1] Defendants Vernon Mason IV, Elizabeth Barker, Cortez Harris, Tico Mason, Kacee Porter, and Delanoy Mason have filed concurrences in Defendant Johnson's motion.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 12, 2012, by electronic and/or ordinary mail.

               s/Lisa Wagner
              Case Manager and Deputy Clerk
              (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-20551.MASON.Order.Re.Supression.Hr'g.jrc.wpd

2