UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:11-cr-20551

-v-

                              JUDGE: ROBERT H. CLELAND

TONEY TAYLOR,

        Defendant.
                                          /

## **ORDER GRANTING SUBSTITUTION OF COUNSEL**

IT IS HEREBY ORDERED, by and between the parties that BYRON H. PITTS shall substitute as retained counsel in place of SEYMOUR BERGER on behalf of TONEY TAYLOR.

IT IS FURTHER ORDERED, that SEYMOUR BERGER shall be relieved from any further responsibility in the above-entitled matter.

Dated: May 22, 2013

                                                       s/Robert H. Cleland
                                                   HONORABLE ROBERT H. CLELAND

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:11-cr-20551

-v-

                              JUDGE: ROBERT H. CLELAND

TONEY TAYLOR.

        Defendant,
_____/

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing papers have been electronically filed with the Clerk of the Court on May 17, 2013. Notice of this filing is sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF System.

                                              /s/BYRON H. PITTS
                                              535 Griswold Street, Suite 1630
                                              Detroit, MI 48226
                                              Phone: (313) 964-7222
                                              E-mail: bpittslaw@sbcglobal.net
                                              P59079