UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 11-20551-14

WALEED YAGHMOUR,

    Defendant.
                                   /

### ORDER DENYING DEFENDANT'S MOTION TO AMEND BOND CONDITIONS

Defendant Waleed Yaghmour moves to amend his bond conditions. On June 18, 2013, the court held a hearing on the motion. For the reasons stated on the record during the hearing,

IT IS ORDERED that Defendant's motion to amend bond conditions [Dkt. # 526] is DENIED.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: June 19, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 19, 2013, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522