**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                 Case No. 11-20551

DAMON MASON et al.,

    Defendants.

                                                /

**ORDER CONFIRMING DEFENDANTS' PROPOSED IDENTIFICATION OF GROUP
LIAISON COUNSEL AND SETTING NEXT TELEPHONE CONFERENCE**

The defendants, in unison, have proposed the attorneys listed below to act as liaison counsel (or alternate) in each defendant group. Principally, liaison counsel will operate as the primary contact and organizational leader for each of the groups, but have no responsibility for formally representing any defendant within the group other than liaison counsel's own client.

Liaison counsel (or alternate) shall participate in every status or telephonic conference, and no other counsel will be required to attend the conference. Other, non-liaison counsel may attend, at their election, with reasonable cause.[1] Therefore,

---

[1] The court is obligated to bear in mind efficiency in the management of this case, and seeks to avoid the accumulation of unnecessary expenses. Accordingly, it should be noted that a non-liaison attorney who is specifically *not* required to attend rudimentary and non-critical scheduling conferences, as the court contemplates herein, but who elects to attend, especially repeatedly and without meaningful participation, could be seen as engaging in unproductive work, billing for which under the Criminal Justice Act may be subject to further inquiry, reduction, or disallowance.

IT IS ORDERED that the proposal is ACCEPTED and each of the following attorneys is APPOINTED AS LIAISON OR ALTERNATE LIAISON COUNSEL until further order of the court:

Group 1A[2] - Liaison: Christopher Seikaly; Alternate Liaison: Richard Korn

Group 1B[3] - Liaison: Loren Dickstein; Alternate Liaison: Mark Satawa

Group 2A[4] - Liaison: William W. Swor; Alternate Liaison: Martin Crandall

Group 2B[5] - Liaison: Art Weiss; Alternate Liaison: Ray Cassar

The next conference will be conducted via telephone on **July 24, 2013 at 10:00 a.m.** The court will place the call to LIAISON COUNSEL ONLY.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 11, 2013, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

---

[2] Group 1A consists of Defendants ## 11, 32-41.

[3] Group 1B consists of Defendants ## 42-54.

[4] Group 2A consists of Defendants ## 12-21.

[5] Group 2B consists of Defendants ## 22-31.