UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 11-CR-20551-39

ERIC HESTER,

    Defendant.
_____/

**ORDER DENYING MOTION TO WITHDRAW AS COUNSEL**

On April 21, 2014, the court conducted a hearing on Attorney Antonio D. Tuddles "Motion to Withdraw as Counsel", in which he asks to withdraw as retained counsel for Defendant Eric Hester. Government counsel was present for some of the hearing, and then, in agreement, excused themselves for a portion of the hearing which occurred ex parte and will be sealed. During the ex parte, sealed portion of the hearing, the court discussed with Defendant and Mr. Tuddles the roles of attorney and client in a criminal matter. The court inquired of both attorney and client about the source and extent of any conflict, and whether any such conflict would likely prevent the presentation of a adequate defense. The court made findings on the record in support of its determination that the motion to withdraw should be denied.

For the reasons more fully articulated on the record,

IT IS ORDERED that the motion to withdraw [Dkt. # 697] is DENIED.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: April 22, 2014

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 22, 2014, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522